## IN THE UNITED STATES DISTRICT COURT
## NOTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **SUNKYOO KIM,** ) | |
| ) | **CIVIL ACTION** |
| Plaintiff, ) | No 1:18-cv-04595-ELR |
| ) | |
| v. ) | |
| ) | |
| ) | **JURY TRIAL DEMANDED** |
| **JC KLEEN, INC.** and ) | |
| **JANG W. CHO,** ) | |
| ) | |
| Defendants. ) | |

### PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

COMES NOW Sunkyoo Kim, Plaintiff in the above-styled action, and pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1 files this Plaintiff's Reply in Support of Motion for Summary Judgment.

I. ARGUMENT

**1. Plaintiff Established That Unpaid Overtime Hours Are Forty-Five (45) hour per week.**

"No employer shall employ any of his employees who in any workweek is engaged in commerce or in the production of goods for commerce, or is employed in an enterprise engaged in commerce or in the production of goods for commerce, for a workweek longer than forty hours unless such employee receives

compensation for his employment in excess of the hours above specified at a rate not less than one and one-half times the regular rate at which he is employed." 29 USC 207(a)(1).

In their Motion, Defendant argued that Plaintiff failed to establish that the unpaid overtime hour is fifty-two (52) hours per week. However, Plaintiff clearly established that the unpaid overtime hours are forty-five (45) hours per week by Defendants' own testimony.

Defendant JC Kleen, Inc.'s response to Interrogatory 6 was:

> The total time frames within which Plaintiff was generally expected, and agreed, to work . . . were Monday (approximately, at most, 6:30 a.m. to 4:00 p.m.), Tuesday (approximately, at most, 6:30 a.m. to 2:30 p.m.) and Friday (approximately, at most, 8:00 a.m. to 3:30 p.m.), and for the regular weekly business trip to Tennessee on Wednesday (approximately, at most, 10 hours/day) and Thursday (approximately, at most, 10 hours/day). However, it was not necessarily expected that Plaintiff would work every one of the hours in these time frames without taking breaks, including lunch.

(SOF #85). If add all the hours Defendants stated, 9.5 hours on Mondays, 8 hours on Tuesdays, 10 hours on Wednesdays, 10 hours on Thursdays, and 9 hours on Fridays, it comes out to be around forty-six point five (46.5) hours. This is again confirmed when Defendant stated that Plaintiff "averaged no more than approximately forty-five (45) hours. (Defendants' Response to Plaintiff's

Interrogatory No. 3) (SOF #14). Therefore, Plaintiff clearly established unpaid overtime hours: that is forty-five (45) hours per week.

2. Plaintiff Established Actual and Constructive Knowledge of Defendants.

As discussed above, Defendants own testimonies established Plaintiff's unpaid overtime hour is forty-five hours per week. Certainly, Defendants had actual and constructive knowledge of Plaintiff's overtime works.

WHEREFORE, Counsel for Plaintiff requests this Honorable Court to deny Defendants' Motion for Summary Judgment.

This 20th day of September, 2019.

                                          Respectfully submitted,
                                          Brian Kim, PC
                                          By: *Brian G. Kim*
                                          Brian G. Kim, Attorney for Plaintiff
                                          Georgia Bar No. 479330

1815 Satellite Blvd. #303
Duluth, GA 30097
Phone: 678-878-4200
Fax:  404-678-4208
E-mail: Brian@BrianKimPC.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record for Defendant:

> **Matthew F. McGahren and Eric Marlett**
> **MCGAHREN LAW FIRM, LLC**
> **6171 Crooked Creek Road, Suite A**
> **Peachtree Corners, GA  30092**
> **(770) 729-1795 (telephone)**
> **(770) 729-1774 (facsimile)**

This 20th day of September, 2019.

Brian Kim, PC

By: */s/ Brian G. Kim*
Brian G Kim
Georgia. Bar No. 479330

1815 Satellite Blvd. #303
Duluth, GA 30097
Telephone: 678.878.4200
Facsimile:  404.878.4208
E-Mail: brian@briankimpc.com

## **CERTIFICATE OF COMPLIANCE**

I certify that the documents to which this certificate is attached have been prepared with one of the font and point selections approved by the Court in Local Rule 5.1B for documents prepared by computer.

Respectfully submitted, this 20th day of September, 2019.

Brian Kim, PC

By: */s/ Brian G. Kim*
Brian G Kim
Georgia. Bar No. 479330

1815 Satellite Blvd. #303
Duluth, GA 30097
Telephone: 678.878.4200
Facsimile:  404.878.4208
E-Mail: brian@briankimpc.com