IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SUNKYOO KIM, | &#124; |
| Plaintiff, | &#124; |
| vs. | &#124;  Civil Action No.<br>&#124;  1:18-CV-04595-ELR |
| JC KLEEN, INC., and<br>JANG W. CHO, | &#124; |
| Defendants. | &#124; |

### FINAL STIPULATION REGARDING RESOLUTION OF
### COSTS, FEES, APPEAL RIGHTS, AND ANY OTHER ISSUES

COME NOW the Plaintiff and Defendants (the "Parties"), by and through undersigned counsel, and hereby stipulate and agree to the following terms and conditions for final resolution of this action:

1) Plaintiff hereby waives and releases any and all rights to appeal any issue in this action, including, but not limited to, the Judgment [Ct. Doc. 48] entered January 16, 2020, pursuant to this Court's Order [Ct. Doc. 47] granting Defendants' Motion for Summary Judgment (the "Final Judgment").

2) Plaintiff hereby further waives and releases any and all rights to seek reconsideration, modification, or any other relief with respect to the Final Judgment, or any other order or ruling in this action.

3) Defendants hereby waive and release any and all claims for attorney's fees in this action. Each party shall bear its own attorney's fees.

4) In return for the payment of $1,000.00 in costs, Defendants hereby further agree to waive and release any and all claims for further costs in this action, upon receipt of said payment.

5) This Stipulation shall, and is hereby intended to, fully and finally resolve all outstanding issues and matters between the Parties that are currently pending, or that could potentially arise, in this action.

Respectfully submitted, this 30th day of January, 2020.

| | |
|---|---|
| **Consented to by:** | **Consented to by:** |
| MCGAHREN LAW FIRM, LLC | BRIAN KIM, PC |
| | |
| /s/ *Matthew F. McGahren* | /s/ *Brian G. Kim* |
| Matthew F. McGahren, Esq. | Brian G. Kim, Esq. |
| Georgia Bar No. 491330 | Georgia Bar No. 479330 |
| Eric J. Marlett, Esq. | *(signed with express permission)* |
| Georgia Bar No. 470931 | |
| | |
| Attorneys for Defendants | Attorneys for Plaintiff |
| | |
| 6171 Crooked Creek Rd., Suite A | 1815 Satellite Blvd., #403 |
| Peachtree Corners, GA 30092 | Duluth, GA 30097 |
| Ph: (770) 729-1795 | Ph: (678) 878-4200 |
| Fax: (770) 729-1774 | Fax: (678) 878-4208 |
| matt@mcgahrenlaw.com | brian@leonandkim.com |
| eric@mcgahrenlaw.com | brian@briankimpc.com |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SUNKYOO KIM, | \| |
| Plaintiff, | \| |
| | \|   Civil Action No. |
| vs. | \|   1:18-CV-04595-ELR |
| JC KLEEN, INC., and | \| |
| JANG W. CHO, | \| |
| Defendants. | \| |

### CERTIFICATE OF SERVICE

I, Matthew F. McGahren, Attorney for Defendants, do hereby certify that I have served the within and foregoing **FINAL STIPULATION REGARDING RESOLUTION OF COSTS, FEES, APPEAL RIGHTS, AND ANY OTHER ISSUES** by means of electronic service through the Court's CM/ECF system to the following:

Brian G. Kim, Esq.  brian@leonandkim.com
Brian Kim, PC  brian@briankimpc.com
1815 Satellite Blvd., #403
Duluth, GA 30097

This 30th day of January, 2020.

/s/ *Matthew F. McGahren*
Matthew F. McGahren, Esq.
Georgia Bar No. 491330